UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Johnnie Lee Savory
                        Plaintiff,

v.                                                Case No.: 1:17–cv–00204
                                                  Honorable Gary Feinerman

Charles Cannon, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 9, 2017:

      MINUTE entry before the Honorable Gary Feinerman:Unopposed motion to appoint and substitute a special representative [38] is granted. The City Clerk of Peoria, Illinois, Beth Ball, is appointed as special representative for the purposes of defendant Plaintiff's claims against Defendants Russell Buck, Peter Gerontes, and John Timmes. Beth Bell, Special Representative of Russell Buck, is substituted as a party defendant for Russell Buck. Beth Bell, Special Representative of Peter Gerontes, is substituted as a party defendant for Peter Gerontes. Beth Bell, Special Representative of John Timmes, is substituted as a party defendant for John Timmes. Motion hearing set for 3/15/2017 [39] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.