**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHNNIE LEE SAVORY, ) | |
| ) | Case No. 17-cv-00204 |
| Plaintiff, ) | |
| ) | Honorable Judge Gary Feinerman |
| v. ) | |
| ) | |
| CHARLES CANNON, et al., ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**Exhibit List**

Exhibit A   Court Order Granting Request for DNA Testing, *People v. Savory,* Case No. 77 C 565 (Aug. 6, 2013)

Exhibit B   State of Illinois Clemency Certificate