# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Johnnie Lee Savory

                        Plaintiff,

v.                                                    Case No.: 1:17−cv−00204

                                                                        Honorable Gary Feinerman

William Cannon Sr., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 4, 2021:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's unopposed motion for entry of the proposed ESI protocol [194] is granted. Enter Discovery Plan for Electronically Stored Information.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.