UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Johnnie Lee Savory
                               Plaintiff,

v.                                              Case No.: 1:17−cv−00204
                                                    Honorable Gary Feinerman

William Cannon Sr., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 29, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. Plaintiff's motion to compel [240] is entered and continued to 12/19/2022 at 9:00 a.m. By 12/14/2022, the parties shall file a status report as to the motion to compel. For the reasons and to the extent stated on the record, Plaintiff's motion for additional time to depose Defendant Marcella Brown Teplitz [235] is granted in part and denied in part. Motion for extension of time [244] is granted. By agreement, the schedule is amended as follows. Fact discovery shall close 2/6/2023. Rule 26(a)(2) disclosures shall be served by 3/23/2023. Rebuttal Rule 26(a)(2) disclosures shall be served by 4/22/2023. Experts shall be deposed by 5/20/2023. Status hearing set for 1/25/2023 at 9:00 a.m. By 1/18/2023, the parties shall file a joint status report addressing: (1) the discovery they have completed; (2) the discovery that remains to be taken; (3) any foreseeable obstacles to meeting the deadlines set forth in this order; (4) whether both sides would like a settlement conference with the Magistrate Judge; (5) when Defendants might renew their motion to transfer to the Central District of Illinois; and (6) whether there is a need for the 1/25/2023 status hearing. Attorneys/Parties should appear for the 1/25/2023 hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.